IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 12–cv–02896–WYD–KMT

DEANNE BENDER,

    Plaintiff,

v.

CITIMORTGAGE INC.,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and
DOES 1-10, Inclusive,

    Defendants

---

**ORDER AFFIRMING AND ADOPTING
MAGISTRATE JUDGE'S RECOMMENDATION**

---

THIS MATTER is before the Court on Plaintiff's Emergency Motion to Stay, Motion to Extend Time for Appeal, Motion for New Trial and Motion to Vacate [DE-2] and Plaintiff's Ex Parte Notice, Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Memorandum of Point and Authorities in Support Thereof [DE-3].  The Court referred the motion to Magistrate Judge Kathleen Tafoya for a recommendation, which she issued on November 9, 2012 [DE-7]. Magistrate Judge Tafoya recommends that the Court deny all of the relief requested by Plaintiff.  Noting that no objections have been filed, and after reviewing the matter *de novo*, the Court will affirm and adopt Magistrate Judge Tafoya's thorough recommendation.  Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge Kathleen Tafoya dated November 9, 2012 (DE-7) is **AFFIRMED and ADOPTED**. In accordance therewith, it is

ORDERED that Plaintiff's Emergency Motion to Stay, Motion to Extend Time for Appeal, Motion for New Trial and Motion to Vacate [DE-2] and Plaintiff's Ex Parte Notice, Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Memorandum of Point and Authorities in Support Thereof [DE-3] are DENIED.

Dated: November 30, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE