IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02896–WYD–KMT

DEANNE BENDER,

      Plaintiff,

v.

CITIMORTGAGE INC.,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and
DOES 1-10, Inclusive,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to Amend" (Doc. No. 32, filed Apr. 2, 2013) is DENIED without prejudice for failure to comply with Local Rule 7.1A's duty to confer and for failure to attach a proposed amendment to complaint to the Motion.  Local Rule 7.1A provides that the court will not consider any non-dispositive motion unless the moving party, before filing the motion, "has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a pro se party to resolve the disputed matter."  D.C.COLO.LCivR 7.1A.  In addition, the moving party must "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule."  *Id.* Plaintiff's Motion does not comply with this provision.

Further, when seeking leave of the court to amend a complaint, the motion to amend must detail the proposed amendments and the reasons why such amendments are necessary.  In addition, the plaintiff must attach the proposed amended complaint to the motion.  The proposed amended complaint must stand alone; it must contain all of the plaintiff's claims.  Here, Plaintiff has not attached a proposed amended complaint to her motion.  As a result, it is impossible to determine if the proposed amendments are permissible.

Dated: April 3, 2013