IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02896-WYD-KMT

DEANNE BENDER,

     Plaintiff,

v.

CITIMORTGAGE, INC;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and,
DOES 1-10, Inclusive,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     THIS MATTER is before the Court on the parties' Joint Motion To Administratively Close Case [ECF No. 41], filed on May 15, 2013.  After careful consideration and pursuant to D.C.COLO.LCivR 41.2[1], it is

     ORDERED that the parties' motion [ECF No. 41] is **GRANTED**, and this civil action is **ADMINISTRATIVELY CLOSED**.  This action may be reopened **upon a showing of good cause**.

     DATED:  May 28, 2013.

---

[1] Pursuant to D.C.COLO.LCivR 42.1, "[a] district judge or a magistrate judge exercising consent jurisdiction may direct the clerk to close a civil action administratively subject to reopening for good cause."